## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    WESLEY E. FINCH, JR.                Case No. 18-03805-JAW
          LORI A. FINCH, Debtors                      CHAPTER 13

### AFFIDAVIT OF ATTORNEY

STATE OF MISSISSIPPI

COUNTY OF Hinds

    William A. Graves of Morgan and Morgan, being first duly sworn in connection with the application of the Debtor that I be employed as Special Counsel for the above referenced Debtor to perform services in the aforesaid styled and numbered matter, do herby state:

1.    That, to the best of my knowledge, I represent no interest adverse to said Debtor, Trustee or the Estate of the Debtor in the matters upon which I am to be engaged and that I am a disinterested party, except as set out below.

2.    That, to the best of my knowledge, I have no connection or affiliation with the Debtor, Trustee, creditors, or other parties in interest herein, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set out below.

3.    That said services shall be rendered under a contingent fee agreement.

4.    That for the purposes of full disclosure, the following exceptions and notations are made, to-it:

    a.    As Special Counsel for Debtor, I will perform legal services in connection with the prosecution of Debtor's post-petition personal injury claim.

FURTHER, AFFIANT SAITH NOT.

Dated this the 27 day of September , 2022.

_____
William A. Graves

SWORN TO AND SUBSCRIBED BEFORE ME, this the 27 day of September , 2022.

_____
NOTARY PUBLIC

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 66942
SHANNON W. HAMMACK
Commission Expires
Sept. 23, 2026
RANKIN COUNTY